UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80148-CR-Rosenberg/Reinhart

42 U.S.C. §1307(a)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KAREN D. TURK,
    a/k/a Karyn Turk,
    a/k/a Karen Barone
    a/k/a Karyn Barone,

    Defendant.
_____/



FILED BY _____ D.C.

AUG 16 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about March 15, 2017, in Palm Beach County, in the Southern District of Florida, the defendant,

    KAREN D. TURK,
    a/k/a Karyn Turk,
    a/k/a Karen Barone,
    a/k/a Karyn Barone,

with the intent to defraud a person, willfully and knowingly made and caused to be made a false representation concerning the requirements of Title 42, United States Code, Chapter Seven, and of any rules and regulations issued thereunder, knowing such representation to be false, in that the defendant falsely stated in a Representative Payee Report that during the period February 1, 2016 through January 31, 2017, she spent $17,320 on beneficiary I.M.S.'s



food and housing, when in truth and in fact, as the defendant well knew, she had not spent any of the monies received from Social Security on I.M.S.'s food and housing during that period.

In violation of Title 42, United States Code, Section 1307(a).

_[signature]_
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_[signature]_
ADRIENNE RABINOWITZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 19-80148-CR-ROSENBERG/REINHART

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

KAREN D. TURK,
    a/k/a Karyn Turk,
    a/k/a Karen Barone
    a/k/a Karyn Barone,

        **Defendant.**
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    _X_ WPB    ___ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No

    List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

    (Check only one)          (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | 2 | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | X |
| IV | 21 to 60 days | | Felony | |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)    No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: n/a
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

_____
ADRIENNE RABINOWITZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 833754

*Penalty Sheet(s) attached                          REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **KAREN D. TURK, a/k/a Karyn Turk, a/k/a Karen Barone, a/k/a Karyn Barone**

Case No: 19-80148-CR-ROSENBERG/REINHART

Count #: 1

Penalty for fraud

42 U.S.C. § 1307(a)

** **Max. Penalty**: Up to 1 year imprisonment, 1 year supervised release, and $100,000 fine.

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 19-80148-ROSENBERG/REINHART

### BOND RECOMMENDATION

DEFENDANT: KAREN D. TURK, a/k/a Karyn Turk, a/k/a Karen Barone a/k/a Karyn Barone

$50,000 Personal Surety Bond

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:  ADRIENNE RABINOWITZ

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): S/A Dominick Stokes, SSA
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)
SSA